UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA and
THE STATE OF FLORIDA
*ex rel.* CONDRA ALBRlGHT,

    Plaintiff,

v.                                                Case No.    8:19-cv-686-T-23AEP

REGENCY INC., et al.,

    Defendant.

_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

  __X__  IS         related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

| Case Caption | Venue | Case Number | Description |
|---|---|---|---|
| USA v. REGENCY, ET AL. | M.D. Fla. | 8:19-cv-803 | Civil forfeiture action against named defendant. |
| USA v. NADIA LEVIT | D. N.J. | 2:19-cr-00247 | Defendant in 8:19-cv-803. Purchased DMEs from Regency: Ace Medical Supply, MKS Medical Supply, Franz Medical Supply, and Star Medical Supply. |
| USA v. AARON WILLIAMSKY | D. N.J. | 2:19-cr-00247 | Defendant in 8:19-cv-803. Purchased DMEs from Regency: Ace Medical Supply, MKS Medical Supply, Franz Medical Supply, and Star Medical Supply. |
| USA v. SAMUEL FRIEDMAN | M.D. Fla. | 8:20-cr-00168 | Defendant in 8:19-cv-803. Ran marketing groups that sold leads to the EverPrime (Burruss & Adams) DMEs. |
| USA v. JONATHAN ROUFFE | M.D. Fla. | 8:20-cr-00173 | Purchased DMEs from Regency: Healthsource DME, Inc., Decision One Health, Inc., and Landmark Medical, LLC |
| USA v. RICHARD STEINKOHL | S.D. Ga. | 4:19-CR-158 | Purchased DMEs from Regency: Emerald Medical Supply, Inc., Radiance Medical Solutions, Inc., and Resurge Medical Supply, Inc. |
| USA V. JONATHAN TANNER | S.D. Ga. | 4:19-CR-158 | Purchased DMEs from Regency: Emerald Medical Supply, Inc., Radiance Medical Solutions, Inc., and Resurge Medical Supply, Inc. |
| USA v. RICHARD DAVIDSON | M.D. Fla. | 8:20-cr-00236 | Purchased DMEs from Regency: Healthsource DME, Inc., Decision One Health, Inc., and Landmark Medical, LLC. |
| USA v. CHARLES BURRUSS | M.D. Fla. | 8:20-cr-00293 | Purchased DMEs from Regency: Absolute Comfort Medical, Advanced Medical Supply, American Bracing Solutions, Back Braces Plus, Belle Oak Bracing, Bracing Partners Inc, Caring For Your Pain Bracing, Cp Bracing Supply, Discovery Medical Supply, First Stop Medical Supply Inc, Jackson Medical Supply, LJH Medical Solutions, Lucky Medical Supply, Mainlands Medical, SST Medical Solutions Inc, Tree Top Medical Inc, Wellness Medical Solutions, and Westside Medical Bracing. |

| | | | |
|---|---|---|---|
| USA v. ARDALAAN ADAMS | M.D. Fla. | 8:20-cr-00294 | Purchased DMEs from Regency: Absolute Comfort Medical, Advanced Medical Supply, American Bracing Solutions, Back Braces Plus, Belle Oak Bracing, Bracing Partners Inc, Caring For Your Pain Bracing, Cp Bracing Supply, Discovery Medical Supply, First Stop Medical Supply Inc, Jackson Medical Supply, LJH Medical Solutions, Lucky Medical Supply, Mainlands Medical, SST Medical Solutions Inc, Tree Top Medical Inc, Wellness Medical Solutions, and Westside Medical Bracing. |
| USA v. BURRUSS, ET AL. | S.D. Cal. | 3:20-cr-02980 | Purchased DMEs from Regency: Absolute Comfort Medical, Advanced Medical Supply, American Bracing Solutions, Back Braces Plus, Belle Oak Bracing, Bracing Partners Inc, Caring For Your Pain Bracing, Cp Bracing Supply, Discovery Medical Supply, First Stop Medical Supply Inc, Jackson Medical Supply, LJH Medical Solutions, Lucky Medical Supply, Mainlands Medical, SST Medical Solutions Inc, Tree Top Medical Inc, Wellness Medical Solutions, and Westside Medical Bracing |
| USA v. PATSY TRUGLIA, ET AL | M.D. Fla. | 8:20-cr-00058 | Purchased DMEs from Regency: Indian Shores Bracing, Cordial Medical Supply, Village Medical Supply, Tiger Medical Inc, and Self Care Bracing |
| USA v. MICHAEL NOLAN | M.D. Fla. | 8:20-cr-00195 | Purchased DMEs from Regency: SunRay Medical, Inc., JAM Medical, and A Step Above Medical, Inc. |
| USA v. RICHARD EPSTEIN | M.D. Fla. | 8:20-cr-00196 | Purchased DMEs from Regency: SunRay Medical, Inc., JAM Medical, and A Step Above Medical, Inc. |
| USA v. SAJID GERONIMO | M.D. Fla. | 8:20-cr-00249 | Ran marketing groups that sold leads to the EverPrime (Burruss & Adams) DMEs. |
| USA v. PAUL SAVASTANO | M.D. Fla. | 8:20-cr-00213 | Purchased DMEs from Regency: SunRay Medical, Inc., JAM Medical, and A Step Above Medical, Inc. |
| USA v. MURALI | W.D. Wis. | 3:20-cr-00072 | Telehealth doctor who signed DME orders that were submitted by Regency created DMEs |

\_\_\_\_\_  IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than eleven days after appearance of the party.

Dated: October 14, 2020

*/s/ Sean Estes*
Sean Estes
Florida Bar No. 0055770
sean@hoyerlawgroup.com
Jesse L. Hoyer
Florida Bar No.: 076934
jesse@hoyerlawgroup.com
HOYER LAW GROUP, PLLC
2801 West Busch Blvd., Suite 200
Tampa, FL 33618
Tel: (813) 375-3700 / Fax: (813) 375-3712

Charles H. Rabon, Jr.
N.C. Bar No. 16800
*Admitted Pro Hac Vice*
crabon@usfraudattorneys.com
Rabon Law Firm, PLLC
413 South Sharon Amity Rd., Suite C

> Charlotte, NC  28211
> Tel: 704-247-3247
> Fax: 704-208-4645
>
> *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by CM/ECF on October 14, 2020, on all counsel or parties of record.

> */s/ Sean Estes*
> Sean Estes